JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROSEMARY S., | Case No. 5:20-cv-02374 KES |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Acting Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED: February 4, 2022

_____
KAREN E. SCOTT
United States Magistrate Judge